IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ADRIANA VICTORIA PLAINTIFF
RIVERA,
    *Plaintiff,*

v.

TEXAS STATE TECHNICAL
COLLEGE MARSHALL,
    *Defendant.*

§
§
§
§
§
§
§
§
§
§

Case No. 2:12-cv-00559-JRG

## VERDICT FORM

### Question No. 1

Did Defendant TSTC terminate Plaintiff Rivera because of Plaintiff Rivera's national origin?

Answer "Yes" or "No."

Answer: _____ *NO* _____

### Question No. 2

Did Defendant TSTC terminate Plaintiff Rivera because of Plaintiff Rivera's gender?

Answer "Yes" or "No."

Answer: _____ *NO* _____

**Question No. 3**

Was Plaintiff Rivera sexually harassed by Defendant TSTC through the actions of her supervisor(s)?

Answer "Yes" or "No."

Answer: _____ *NO* ✓ _____

IF YOU ANSWERED "YES" TO QUESTION NO. 3, THEN ANSWER QUESTION NO. 4; OTHERWISE, PROCEED TO QUESTION NO. 5.

**Question No. 4**

Did Defendant TSTC exercise reasonable care to prevent and promptly correct any sexually harassing behavior by Plaintiff Rivera's supervisor(s) AND did Plaintiff Rivera unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant TSTC, or to avoid harm otherwise?

Answer "Yes" or "No."

Answer:_____

## Question No. 5

Was Plaintiff Rivera sexually harassed by Defendant TSTC through the actions of her coworker(s)?

Answer "Yes" or "No."

Answer: _____NO_____

IF YOU ANSWERED "YES" TO QUESTION NO. 5, THEN ANSWER QUESTION NO. 6; OTHERWISE, PROCEED TO QUESTION NO. 7.

## Question No. 6

Did Defendant TSTC know, or in the exercise of reasonable care should Defendant TSTC have known, that Plaintiff Rivera was being sexually harassed, AND did Defendant TSTC fail to take prompt remedial action?

Answer "Yes" or "No."

Answer: _____

**Question No. 7**

Was Plaintiff Rivera harassed on the basis of her national origin by Defendant TSTC through the actions of her supervisor(s)?

Answer "Yes" or "No."

Answer: _____YES_____

IF YOU ANSWERED "YES" TO QUESTION NO. 7, ANSWER QUESTION NO. 8; OTHERWISE, PROCEED TO QUESTION NO. 9.

**Question No. 8**

Did Defendant TSTC exercise reasonable care to prevent and promptly correct any harassing behavior on the basis of Plaintiff Rivera's national origin by her supervisors <u>AND</u> did Plaintiff Rivera unreasonably fail to take advantage of any preventive or corrective opportunities provided by Defendant TSTC, or to avoid harm otherwise?

Answer "Yes" or "No."

Answer: _____YES_____

## Question No. 9

Was Plaintiff Rivera harassed on the basis of her national origin by Defendant TSTC through the actions of her coworker(s)?

Answer "Yes" or "No."

Answer:_____*NO*_____

IF YOU ANSWERED "YES" TO QUESTION NO. 9, ANSWER QUESTION NO. 10; OTHERWISE, PROCEED TO QUESTION NO. 11.

## Question No. 10

Did Defendant TSTC know, or in the exercise of reasonable care should Defendant TSTC have known, that Plaintiff Rivera was being harassed on the basis of her national origin, AND did Defendant TSTC fail to take prompt remedial action?

Answer "Yes" or "No."

Answer:_____

## Question No. 11

Would Defendant TSTC have retained Plaintiff Rivera as an employee, but for Plaintiff Rivera's complaints of harassment?

Answer "Yes" or "No."

Answer:____*NO*_____

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 1, ANSWER QUESTION NO. 12;

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 2, ANSWER QUESTION NO. 12;

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 3 <u>AND</u> "NO" TO QUESTION NO. 4, ANSWER QUESTION NO. 12;

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 5 <u>AND</u> "YES" TO QUESTION NO. 6, ANSWER QUESTION NO. 12;

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 7 <u>AND</u> "NO" TO QUESTION NO. 8, ANSWER QUESTION NO. 12;

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 9 <u>AND</u> "YES" TO QUESTION NO. 10, ANSWER QUESTION NO. 12;

IF YOU HAVE ANSWERED "YES" TO QUESTION NO. 11, ANSWER QUESTION NO. 12;

OTHERWISE, DO NOT ANSWER QUESTION NO. 12.


**<u>Question No. 12</u>:**

What sum of money if paid now in cash, would fairly and reasonably compensate Plaintiff Rivera for her damages, if any, that were caused by Defendant TSTC's conduct.

Answer in dollars and cents for the following items:

A.      Back pay:



$_____


B.      Emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:



$_____

Signed this *25* day of ____*October*____, 2013.

_____
JURY FOREPERSON